```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
ELIZABETH M. FIRER
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA L. FALA,            ) | Case No. 2:05-CV-00484-LKK-KJM |
|             Plaintiff,     ) | |
|                            ) | STIPULATION AND ORDER |
|     vs.                    ) | |
|                            ) | |
| JO ANNE B. BARNHART,       ) | |
| Commissioner of Social     ) | |
| Security,                  ) | |
|                            ) | |
|             Defendant.     ) | |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time to file objections to the Findings and Recommendations of the Magistrate Judge, due to the absence of counsel from office.  The current due date is AUGUST 24, 2006.  The new due date will be SEPTEMBER 8, 2006.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Order Re Ext of D's Time 05-CV-484-LKK-KJM                                    Page 1

```
        /s/ Ann M. Cerney
            (As authorized on AUGUST 23, 2006)
        ANN M. CERNEY
        Attorney at Law

        Attorney for Plaintiff



        McGREGOR W. SCOTT
        United States Attorney
        BOBBIE J. MONTOYA
        Assistant U.S. Attorney

By:     /s/ Bobbie J. Montoya for
            (As signed on AUGUST 22, 2006)
        ELIZABETH M. FIRER
        Special Assistant U.S. Attorney

        Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED:  August 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE