IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA FALA,

    Plaintiff,

No. CIV S-05-0484 LKK KJM

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

ORDER

/

        This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On August 10, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  On August 29, 2006, defendant was granted an extension of time until September 8, 2006, to file objections.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 10, 2006, are adopted in full;

2. Plaintiff's motion for remand is granted;

3. The Commissioner's cross-motion for summary judgment is denied; and

4. This matter is remanded for further proceedings consistent with this court's August 10, 2006 Findings and Recommendations.

DATED: September 26, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT