```
1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700
   Fax:  (916) 554-2900
5  ELIZABETH FIRER
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. FALA,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CASE NO. **2:05-CV-00484-LKK-KJM**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND TWO HUNDRED AND 00/100 DOLLARS ($4,200.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's

liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

```
Date: As Authorized on
      November 13, 2006       /s/ Ann M. Cerney
                              ANN M. CERNEY
                              Attorney at Law

                              Attorney for Plaintiff


Date: November 14, 2006       McGREGOR W. SCOTT
                              United States Attorney
                              BOBBIE J. MONTOYA
                              Assistant U.S. Attorney


                         By:  /s/ Bobbie J. Montoya for
                              ELIZABETH FIRER
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

FALA v. Barnhart
EAJA Stip & Order
2:05-cv-00484-LKK-KJM                **2**

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,200.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: November 15, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

FALA v. Barnhart
EAJA Stip & Order
2:05-cv-00484-LKK-KJM                              **3**